UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARNIQUE SIMON,<br><br>        Petitioner,<br><br>   v.<br><br>M. SPEARMAN,<br><br>        Respondent. | Case No.  16-cv-2633-TEH<br><br>JUDGMENT |

   Pursuant to the order of dismissal signed today, a judgment of dismissal is entered against Petitioner.  Petitioner shall obtain no relief by way of his petition.

   IT IS SO ORDERED.

Dated: 6/7/2016

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.16\Simon2633.jud.docx